UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT VINCENT, | ) |
|     Plaintiff, | ) |
| | ) |
|   vs. | ) CASE NO. 1:20-cv-02481-TWP-MPB |
| | ) |
| MSD OF DECATUR TOWNSHIP SCHOOLS | ) |
|     Defendant. | ) |
| | ) |

## ORDER OF DISMISSAL

The Court, having considered the *Joint Stipulation of Dismissal With Prejudice* filed by the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby **ORDERS** that this action be **DISMISSED WITH PREJUDICE**, with the parties responsible for their own attorneys' fees and costs.

Date: 4/26/2021

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

All counsel of record.